**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa J. Meeker,               )<br>                                            )<br>             Plaintiff,             )<br>                                            )<br>vs.                                       )<br>                                            )<br>Hospice of the Valley Life and Disability)<br>Plan,                                   )<br>                                            )<br>             Defendant           )<br>_____) | No. CV-07-1284-PHX-LOA<br><br>**NOTICE OF ASSIGNMENT<br> AND ORDER** |

    Pursuant to Local Rule ("LRCiv") 3.8(a), Rules of Practice, effective December 1, 2006, all civil cases are, and will be, randomly assigned to a U.S. district judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S. Magistrate Judge.

    As a result of the aforesaid Local Rule and assignment, if all parties consent in writing, the case will remain with the assigned magistrate judge pursuant to 28 U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party chooses the district judge option, the case will be randomly reassigned to a U.S. district judge.  To either consent  to the assigned magistrate judge or to elect to have the case heard before a U.S. district judge, the appropriate section of the form, entitled Consent To

1 Exercise Of Jurisdiction By United States Magistrate Judge[1], must be completed and
2 signed. The party filing the case or removing it to this Court is responsible for serving all
3 parties with the consent forms. Each party must file a completed consent form and
4 certificate of service with the Clerk of the Court not later than 20 days after entry of
5 appearance, and must serve a copy by mail or hand delivery upon all parties of record in
6 the case.

7 Any party is free to withhold consent to magistrate judge jurisdiction without
8 adverse consequences. 28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; *Anderson v.*
9 *Woodcreek Venture Ltd.*, 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that consent
10 is the "touchstone of magistrate judge jurisdiction" under 28 U.S.C. §636(c). "A party to
11 a federal civil case has, subject to some exceptions, a constitutional right to proceed
12 before an Article III judge." *Dixon v. Ylst*, 990 F.2d 478, 479 (9th Cir. 1993) (citing
13 *Pacemaker Diagnostic Clinic of Am. Inc. v. Instromedix, Inc.*, 725 F.2d 537, 541 (9th Cir.
14 1984) (*en banc*)).

15 A review of the Court's file indicates that an Answer was filed by Defendant
16 Hospice of the Valley Life and Disability Plan on August 14, 2007 (docket #8).

17 It is unknown if a copy of the appropriate consent form, electronically transmitted
18 to Plaintiffs' counsel on July 3, 2007 by the Clerk, was served with the Complaint and
19 Summons upon Defendant Hospice of the Valley Life and Disability Benefit Plan per the
20 written instructions from the Clerk.

21 **IT IS ORDERED** that Defendant Hospice of the Valley Life and Disability Plan
22 shall execute and file on or before **Monday, August 27, 2007** either a written consent to

---

[1]The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov. To find the consent/election form on the District's web site, click on "Local Rules" at the top of the page, then click on "Forms" on the left side of the page and then click on and print the appropriate form.

1  the exercise of authority by the magistrate judge or a written election to have the case
2  reassigned to a United States district judge.
3      **IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall
4  hereinafter comply with the Rules of Practice for the United States District Court for
5  the District of Arizona, as amended on December 1, 2006.   The District's Rules of
6  Practice may be found on the District Court's internet web page at ww.azd.uscourts.gov/.
7  All other rules may be found as www.uscourts.gov/rules/.  The fact that a party is acting
8  pro se does not discharge this party's duties to "abide by the rules of the court in which he
9  litigates." *Carter v. Commissioner of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir.
10 1986).
11     DATED this 15th day of August, 2007.

                                          Lawrence O. Anderson
                                          United States Magistrate Judge

- 3 -