**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa J. Meeker,<br><br>    Plaintiff,<br><br>vs.<br><br>Hospice of the Valley Life and Disability Plan,<br><br>    Defendant. | No. CV-07-1284-PHX-LOA<br><br>**ORDER TO SHOW CAUSE** |

       This matter arises on the Court's review of the file.  Plaintiff commenced this action on or about July 2, 2007 (docket #1).  Defendant Hospice of the Valley Life and Disability Plan filed it's Answer on August 14, 2007 (docket #8). Plaintiff has filed her consent to the exercise of jurisdiction by a United States magistrate judge (docket #7).

       On August 15, 2007,  the undersigned issued a Notice of Assignment and Order (docket  #9) ordering that Defendant Hospice of the Valley Life and Disability Plan shall file on or before August 27, 2007 either a written consent to the exercise of authority by the magistrate judge or a written election to have the case reassigned to a U. S district judge.

       As of this date, Defendant Hospice of the Valley Life and Disability Plan has failed to file its written election to either consent to magistrate judge jurisdiction nor elect to proceed before a United States district judge.

       District courts have the inherent power to control their dockets and in the exercise of that power may impose sanctions.

1  Because the period within which Defendant Hospice of the Valley Life and
2  Disability Plan was to file its written election has passed, the Court orders Defendant Hospice
3  of the Valley Life and Disability Plan to show cause in writing on or before **September 21,**
4  **2007** why this Court should not impose sanctions.

5  Accordingly,

6  **IT IS HEREBY ORDERED** that Defendant Hospice of the Valley Life and
7  Disability Plan show cause in writing on or before **September 21, 2007** why this Court should
8  not impose sanctions against it for failure to comply with this Court's Orders. Defendant may
9  purge any sanctions by either consenting to magistrate judge jurisdiction or electing to have this
10 case assigned to a district judge before the September 21. 2007 deadline.

11 DATED this 6th day of September, 2007.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge