**WO**

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa J. Meeker,<br><br>             Plaintiff,<br><br>v.<br><br>Hospice of the Valley Life and<br>Disability Plan,<br><br>             Defendant. | No. CV07-01284-PHX-LOA<br><br>**ORDER** |

Upon stipulation of the parties,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED vacating** the Rule 16 Scheduling Conference set before the undersigned on October 10, 2007 at 10:00 a.m.

DATED this 20th day of September, 2007.

Lawrence O. Anderson
United States Magistrate Judge